

# Mellott & Mellott, P.L.L.

JUDGE SANDRA BECKWITH
POTTER STEWART US COURTHOUSE
ROOM 810
100 EAST FIFTH STREET
CINCINNATI, OH 45202

Invoice No. 20377
12/15/2010

For Professional Services Rendered:

At the request of Judge Beckwith, review of case file regarding fraud charges to determine best method of computing damages.

Meeting with Judge Beckwith to discuss the above.

(7.75 hours x $395 per hour)

Total Current Charges    $    3,061.25



Member Firm of DFK International / USA
A Worldwide Association of Independent Firms

A service charge of 1½ % per month will be added to balances over 30 days